ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/29/2025 2:46 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00064-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/29/2025 2:46:47 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS STATE BOARD OF SOCIAL WORKER EXAMINERS, ET AL.,

*Appellants*,

*v.*

KATHERIN YOUNIACUTT AND TAMMY THOMPSON,

*Appellees*.

On Appeal from the
345th Judicial District Court, Travis County

## NOTICE OF APPEARANCE OF LEAD COUNSEL

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 6.1(c), Appellants Texas State Board of Social Worker Examiners, Dolores Saenz-Davila, Katie Andrade, Korina Delapeña, Ryan Dollinger, Asia Rodgers, Lea Ann Tatum, Jennifer Swords, Texas Behavioral Health Executive Council, Darrel D. Spinks, Gloria Canseco, John K. Bielamowicz, Mark E. Cartwright, Steven Hallbauer, Daniel W. Parrish, Christopher S. Taylor, Brian C. Brumley, and Quida J. Pryor notify the Court that Assistant Solicitor General Beth Klusmann, State Bar No. 24036918, will serve as their lead counsel in this case. Appellants respectfully request that all communications be directed to counsel as follows:

Beth Klusmann
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1914
Fax: (512) 474-2697
Beth.Klusmann@oag.texas.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General


Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

AARON L. NIELSON
Solicitor General


/s/ Beth Klusmann
BETH KLUSMANN
Assistant Solicitor General
State Bar No. 24036918
Beth.Klusmann@oag.texas.gov


Counsel for Appellants

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Beth Klusmann
Bar No. 24036918
nancy.villarreal@oag.texas.gov
Envelope ID: 100227574
Filing Code Description: Other Document
Filing Description: 20250429 Youniacutt NOA_BEK_Final
Status as of 4/29/2025 2:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 4/29/2025 2:46:47 PM | SENT |
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 4/29/2025 2:46:47 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 4/29/2025 2:46:47 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 4/29/2025 2:46:47 PM | SENT |
| James T. Knight II | | jknight@ij.org | 4/29/2025 2:46:47 PM | SENT |
| Arif Panju | 24070380 | apanju@ij.org | 4/29/2025 2:46:47 PM | SENT |